Case No: _____ Inmate Name: Brian E. Hogue

Date: 2-24-17 Inmate IDOC#: 103158

Document Title: Prisoner Complaint

Brian Hogue #103158
(full name/prisoner number)

Total Pages: 3  Inmate Initials Verifying Page Count: _____

P.O. Box 14
Boise, ID 83707-0014  Document(s) 1 of 2

_____
(complete mailing address)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Brian Hogue,
(full name)
             Plaintiff,

v.

Keth Yordy, and Kevin
Kemph, and John Doe.

             Defendant(s).

(if you need additional space, use a blank page
for a continuation page)

Case No. 1:17-cv-00085-CWD
(to be assigned by Court)

PRISONER COMPLAINT

Jury Trial Requested: ☒ Yes   ☐ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
(check all that apply):

☒ 42 U.S.C. § 1983 (applies to state, county, or city defendants)
☐ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal government defendants only)
☒ Other federal statute (specify) ADA on PREA, or diversity of citizenship.
☐ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Brian E. Hogue. I am a citizen of the State of Idaho,
presently residing at IscI, P.O. Box 14, Boise, Idaho 83707.

PRISONER COMPLAINT - p. 1_                                         (Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Keth Yordy__, who was acting as __Warden of ISCI__
   (defendant)                                                (job title, if a person; function, if an entity)

   for the __State of Idaho.__
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on __March 2015 to March 2016__ Defendant did
   (dates)
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   I reported that I had been sexually assaulted by a jail deputy to staff at ISCI. I made this report in early 2015. Sortly after I made the report I requested individual counseling to help deal with the trama. I was told by Defendant John Doe Cheif Mental Health Provider at IDOC and Defendant Yordy and Defendant Kevin Kiemph that as a policy IDOC dose not provide counseling to inmates at IDOC. I told them that under PREA I was entitled to but they The Defendants told me that was not true.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   Defendants violated my rights under the eiguth Amendment of the United States Constitution and Prison Rape Elimination Act.

4. I allege that I suffered the following injury or damages as a result:
   I attempted suicide by overdoscing on my medication Carbaleba dopa (Parkensens medication) ahh which recculted in physical indury due to lack of Counseling and I suffered Emot Emotional Suffering and Mental anguh.

5. I seek the following relief: $75,000 from each Defendant and an order that IDOC Provide Individual Counseling to any Inmate requesting it.

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

### D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ○   do not ☒   request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

_____
_____
_____
_____

### F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 2-23-17 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on 2-23-17 *(date)*; OR *(specify other method)* _____.

Executed at ISCI _____ on 2-23-17 _____.
       *(Location)*                                        *(Date)*

_____
*Plaintiff's Original Signature*

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach **original** exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.